■ CNP Mechanical, Inc., Respondent, v Allied Builders, Inc., et al., Appellants. (Appeal No. 1.) [885 NYS2d 679]—Appeal from an order of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered September 10, 2008 in a breach of contract action. The order granted plaintiff's motion for partial summary judgment against defendant Allied Builders, Inc.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Scudder, P.J., Hurlbutt, Peradotto, Green and Gorski, JJ.